IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.            : CASE NO: 1:11-CV-504
               : MAGISTRATE JUDGE LITKOVITZ

WILLIAM D. KENNEDY,

    Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause shown,

**IT IS HEREBY ORDERED** that the September 5, 2012 Order for Judgement Debtor Examination, scheduled for October 5, 2012, be quashed.

Date: 10/5/12

                                                           UNITED STATES MAGISTRATE JUDGE