IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>WILLIAM KENNEDY<br>SSN: \*\*\*-\*\*-0299<br>Defendant,<br><br>and<br><br>WRIGHT STATE UNIVERSITY<br>Garnishee. | CASE NO: 1:11-CV-00504<br>JUDGE BLACK<br>MAGISTRATE JUDGE LITKOVITZ |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

IT IS HEREBY ORDERED that the October 11, 2018 Writ of Continuing Garnishment against the property of William Kennedy, be quashed.

DATE 10/24/18

_Karen L. Litkovitz_
UNITED STATES MAGISTRATE JUDGE